LARIMER COUNTY SCHOOL DISTRICT, POUDRE R-1 and State Compensation Insurance Fund, Petitioners,

v.

The INDUSTRIAL COMMISSION OF the STATE OF COLORADO and Gladys Renz, Respondents.

No. 86SC241.

Supreme Court of Colorado, En Banc.

Feb. 23, 1988.

Richard G. Fisher, Jr., Denver, for petitioners.

Alden T. Hill, Fort Collins, for Gladys Renz.

Robert C. Lehnert, Asst. Atty. Gen., for Denver, for respondent Indus. Comn.

ORDER OF COURT

Upon consideration of the written and oral argument of counsel, together with the record on appeal, and now being sufficiently advised in the premises,